

# OFFICE OF THE ATTORNEY GENERAL
STATE OF ILLINOIS

**KWAME RAOUL**
ATTORNEY GENERAL

October 5, 2021

Mr. Christopher G. Conway
Clerk of the Court
U.S. Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street, Room 2722
Chicago, Illinois 60604

Re:   *Nowlin v. Pritzker*, No. 21-1479

Dear Mr. Conway:

    I will be presenting oral argument on behalf of defendant-appellee in this case. Defendant-appellee's brief was filed on Wednesday, September 22, and the reply brief is currently due on Wednesday, October 13.  I write to ask that oral argument not be scheduled on January 4 or 5, 2022, as I have travel arrangements that would make it difficult for me to present argument on those dates.  I would be available to present oral argument on any other date in the Court's January 2022 session or thereafter.

    Thank you for considering this request.

                                          Sincerely,

                                          /s/ Alex Hemmer

                                          Alex Hemmer
                                          Deputy Solicitor General